No. 10–10626.  CRAWFORD *v.* ILLINOIS.  App. Ct. Ill., 1st Dist. Certiorari denied.

No. 10–10627.  EASON *v.* KING, SUPERINTENDENT, SOUTH MISSISSIPPI CORRECTIONAL FACILITY.  C. A. 5th Cir.  Certiorari denied.

No. 10–10631.  WILLIAMS *v.* TEODOSIO ET AL.  C. A. 6th Cir. Certiorari denied.

No. 10–10632.  MCLACHLAN *v.* ASTRUE, COMMISSIONER OF SOCIAL SECURITY.  C. A. 7th Cir.  Certiorari denied.

No. 10–10633.  RUDOLPH *v.* MICHIGAN.  Ct. App. Mich.  Certiorari denied.

No. 10–10636.  CEARLOCK *v.* ILLINOIS.  App. Ct. Ill., 5th Dist. Certiorari denied.

No. 10–10638.  CUMMINGS *v.* LAFLER, WARDEN.  C. A. 6th Cir. Certiorari denied.

No. 10–10640.  LEROY M. *v.* CITY OF NEW YORK, NEW YORK. Ct. App. N. Y.  Certiorari denied.

No. 10–10641.  ZABRISKIE *v.* HESS, INC., ET AL.  C. A. 11th Cir. Certiorari denied.

No. 10–10644.  MCLAURINE *v.* UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ALABAMA.  C. A. 11th Cir. Certiorari denied.

No. 10–10646.  RICHARDSON *v.* PALM CLUB ASSN. ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 10–10647.  REED *v.* CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.

No. 10–10648.  SALERNO *v.* MICHIGAN.  Ct. App. Mich.  Certiorari denied.

No. 10–10649.  QUINATA *v.* TERRITORY OF GUAM.  Sup. Ct. Guam.  Certiorari denied.